No. 10–8446.  POINTER v. EARLY ET AL.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–8576.  HOWARD v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL.  C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10–8833.  GILLARD v. NORTHWESTERN UNIVERSITY.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10M79.  McBRIDE v. TEXAS;

No. 10M80.  WARE v. GANSLER, ATTORNEY GENERAL OF MARYLAND, ET AL.;

No. 10M81.  GREENE v. BROOKS;

No. 10M85.  DANZELL v. UNITED STATES; and

No. 10M86.  GREENE v. CERMAK ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10M82.  IN RE MIDDLEBROOKS.  Motion for leave to proceed as a veteran denied.

No. 10M83.  GOSSAGE v. UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 10M87.  JUVENILE MALE v. UNITED STATES.  Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.